IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

    Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVAROS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2008.**

    Pending before the Court is Defendants' Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint [filed February 4, 2008; doc #10]. In accordance with D.C. Colo. LCivR 7.1A, Defendants state that Plaintiff opposes the motion. Therefore, Plaintiff shall file a response to the motion **on or before February 18, 2008**.