IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

    Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVAROS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

    Defendants.

___

**ORDER**
___

    This case is before me on the Recommendation (Doc 61) of the Magistrate Judge that:

1. The Motion to Dismiss by Defendant Zavaros and McLaughlin (Doc 26) be granted as to Plaintiff's claims under the "Montez Remedial Agreement," Colorado Revised Statutes §§ 16-11-308(3) and (5) and the Fourth, Sixth and Eighth Amendments;

2. Plaintiff be granted leave to amend his complaint to state facts in support of his First and Fifth Amendment Claims against Defendants Zavaros and McLaughlin;

3. Defendant Roesink's Motion for Summary Judgment (Doc 30) be granted; and

4. Plaintiff's Amended Motion for Summary Judgment (Doc 38) be denied.

Plaintiff has filed written objections to the Magistrate Judge's recommendations (Doc 63) and (Doc 66). I have therefore reviewed the recommendations *de novo* in light of the file

and record in this case. Defendants Zavaros and McLaughlin have filed no objections to the recommendations. On *de novo* review, I conclude that the recommendations are correct. Accordingly

IT IS ORDERED as follows: Defendants Zavaros' and McLaughlin's Motion to Dismiss (Doc 26) is GRANTED as to Plaintiff's claims under the "Montez Remedial Agreement," Colorado Revised Statutes §§ 16-11-308(3) and (5) and the Fourth, Sixth and Eighth Amendments.

IT IS FURTHER ORDERED that Plaintiff is granted leave to amend his complaint to state facts in support of his First and Fifth Amendment Claims against Defendants Zavaros and McLaughlin, the same to be filed within 20 days from the date of this order.

IT IS FURTHER ORDERED that Defendant Roesink's Motion for Summary Judgment (Doc 30) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Amended Motion for Summary Judgment (Doc 38) is DENIED.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: May 27, 2008