**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

       Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVAROS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

       Defendants.

___

**ORDER**
___

Upon Plaintiff's Objection to Order From Lewis T. Babcock, Judge, Dated May 27, 2008 (Doc 78 - filed June 27, 2008), it is

ORDERED that the Objection is DENIED.

                                                             BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED:    July 1, 2008