IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

    Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVAROS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

    Defendants.

_____

**ORDER**
_____

The Motion to Strike Orders of this Court for Voidness (Doc. No. 87) is DENIED.

                    BY THE COURT:

                       s/Lewis T. Babcock
                    Lewis T. Babcock, Judge

DATED: August 13, 2008