IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

    Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 9, 2008.**

    Pending before the Court is Plaintiff's "Notice of Fault, Default and Default Judgment" [filed October 6, 2008; doc #91].  Although the Plaintiff requests no relief, the Court liberally construes the document as a Motion for Default Judgment.  Plaintiff's motion is therefore **denied** for failure to comply with Fed. R. Civ. P. 55(a), which requires the entry of default before a motion for default judgment is considered.