IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

       Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

       Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2008.**

       Pending before the Court is Plaintiff's "Notice of Void Order from Magistrate Due to Fraud and Demand for Summary Judgment in Favor of Plaintiff" [filed November 24, 2008; docket #96]. The Court liberally construes a portion of this "notice" as a motion for summary judgment pursuant to Fed. R. Civ. P. 56.[1]  The motion is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 56.1A.

---

       [1]The entire motion reads: "This court is to grant summary judgment in favor of Plaintiff with relief as stated in Notice of Fault, Default, and Default Judgment dated October 6, 2008, Public document 2009146600, permanently attached to this Notice."  The "Notice of Fault" was construed by this Court as a motion for default judgment and denied without prejudice for failure to comply with Fed. R. Civ. P. 55(a) [docket #93].