# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

      Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVAROS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

      Defendants.

___

## ORDER
___

    This case is before me on the magistrate judge's recommendation that this case be dismissed without prejudice. Plaintiff has filed timely written objections to the magistrate judge's recommendation. I have, therefore, reviewed the recommendation *de novo* in light of the file and record in this case. On *de novo* review I conclude that the recommendation is correct.

    Accordingly,

    IT IS ORDERED that the above action is dismissed without prejudice.

                                                    BY THE COURT:

                                                   s/Lewis T. Babcock
                                                   Lewis T. Babcock, Judge

Dated this  30th  day of December, 2008.