IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02458-LTB-MEH

PAUL EDWARD SCHMALTZ,

      Plaintiff,

v.

BONNIE ROESINK, District Attorney, County of Grand, State of Colorado,
ARISTEDES ZAVARAS, Executive Director, Colorado Department of Corrections,
SCOTT MCLAUGHLIN, Medical Doctor, Buena Vista Correctional Facility,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2009.**

      Pending before the Court is Plaintiff's "Proposed Order" [filed February 3, 2009; docket #108], which the Court liberally construes as a demand ("motion") for judgment in Plaintiff's favor.[1] The motion is **denied without prejudice**. To the extent the Plaintiff disagrees with the judgment of the Court, he may file a post-judgment motion pursuant to the federal rules, or he shall comply with the procedures and rules of this Court and the appellate court if he chooses to file an appeal of this matter.

---

[1]On December 30, 2008, the District Court adopted this Court's recommendation and dismissed the action without prejudice. Judgement entered for Defendants on January 5, 2009.